```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16103
   DIANE IVY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9412

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/06/2006 and was confirmed 03/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL     CURRENT MORTG         .00             .00            .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE         .00             .00            .00
CITY OF CHICAGO WATER DE  SECURED            211.59             .00         211.59
MIDWEST TITLE LOANS       SECURED VEHIC     3100.00           42.12         818.34
AMERICASH LOANS LLC       UNSEC W/INTER     3779.54             .00            .00
CAPITAL ONE               UNSEC W/INTER      517.51             .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED             .00            .00
JAMES T GATELY            UNSEC W/INTER      365.96             .00            .00
T MOBILE                  UNSEC W/INTER      888.22             .00            .00
HOMECOMINGS FINANCIAL     NOTICE ONLY     NOT FILED             .00            .00
CAPITAL ONE               UNSEC W/INTER      507.98             .00            .00
MIDWEST TITLE LOANS       UNSEC W/INTER      277.47             .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY       2,500.00                        497.60
TOM VAUGHN                TRUSTEE                                           100.35
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,670.00

PRIORITY                                           .00
SECURED                                       1,029.93
   INTEREST                                      42.12
UNSECURED                                          .00
ADMINISTRATIVE                                  497.60
TRUSTEE COMPENSATION                            100.35
DEBTOR REFUND                                      .00
                         --------------     --------------
TOTALS                   1,670.00            1,670.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16103 DIANE IVY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                                                                                         PAGE   2
CASE NO. 06 B 16103 DIANE IVY